# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELIZABETH WEAR and JOHN BUTCHER, )
on behalf of themselves and all others )
similarly-situated, )
                                        )
                Plaintiffs, )    Case No.  2:11-cv-00809-KJD-GWF
                                        )
vs. )    **ORDER**
                                        )
SPRINT COMMUNICATIONS COMPANY )
L.P., *et al.*, )
                                        )
                Defendants. )

This matter is before the Court on the 2nd Notice of Violation of Special Order 109 (#15) on March 5, 2012, addressed to Plaintiffs' counsel Arthur T. Susman, Charles R. Watkins and John R. Wylie.  Section 1.B. of the Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are authorized to represent the United States and its agencies, shall register as Filing Users of the System".  To date, Arthur T. Susman, Charles R. Watkins and John R. Wylie have not complied.  Accordingly,

**IT IS ORDERED** that Arthur T. Susman, Charles R. Watkins and John R. Wylie shall register with CM/ECF and a "Notice of Compliance with Special Order 109" shall be completed and filed no later than five (5) days from the date of this Order.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of March, 2012.

                                                       _____
                                                       GEORGE FOLEY, JR.
                                                       United States Magistrate Judge