1  Christopher J. Koenigs, Esq.
Michael B. Carroll, Esq.
2  SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
3  Denver, Colorado 80202
Telephone:  (303) 297-2900
4  Facsimile:  (303) 298-0940
E-mail:  ckoenigs@shermanhoward.com
5         mcarroll@shermanhoward.com
Attorneys for Defendant
6  *Qwest Communication Company, LLC*
(Lead Counsel)
7
Matthew C. Addison, Esq., NSBN 4201
8  MCDONALD CARANO WILSON LLP
100 W. Liberty Street, Tenth Floor
9  Reno, NV  89501
Telephone:  (775) 788-2000
10 Facsimile:  (775) 788-2020
E-mail:  maddison@mcdonaldcarano.com
11 Attorneys for Defendants
*Qwest Communications Company, LLC,*
12 *Level 3 Communications, LLC,*
*Sprint Communications Company, L.P.*
13 *and WilTel Communications, LLC*
(Local Counsel)
14

Joseph E. Jones, Esq.
FRASER STRYKER PC LLO
409 South 17th Street
500 Energy Plaza
Omaha, Nebraska  68102
Telephone:  (402) 341-6000
Facsimile:  (402) 341-8290
E-mail:  jjones@fslf.com
Attorneys for Defendant
*Level 3 Communications, LLC and*
*WilTel Communications, LLC*
(Lead Counsel)

J. Emmett Logan, Esq.
STINSON MORRISON HECKER
LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
E-mail:  ELogan@stinson.com
Attorneys for Defendant
*Sprint Communications Company*
*L.P.*

15              UNITED STATES DISTRICT COURT

16                  DISTRICT OF NEVADA

17 ELIZABETH WEAR and JOHN          Case No:  2:11-cv-00809-KJD-GWF
   BUTCHER, and CARMEN WORSTELL,
18 on behalf of themselves and all others
   similarly situated,
19

20              Plaintiffs,

21 vs.

22 SPRINT COMMUNICATIONS
   COMPANY, L.P., QWEST
23 COMMUNICATIONS COMPANY, LLC;
   LEVEL 3 COMMUNICATIONS, LLC; and
24 WILTEL COMMUNICATIONS, LLC,

25              Defendants.

26

27 **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO**
                    **RESPOND TO THE COMPLAINT**
28

McDONALD·CARANO·WILSON℠
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendants Sprint Communications Company L.P., Qwest Communications Company, L.L.C., Level 3 Communications, L.L.C., and WilTel Communications, L.L.C. (collectively "Defendants") hereby move the Court for an extension of time to respond to plaintiffs' Amended Class Action Complaint (the "Complaint") to and including August 2, 2012.  In support of this motion, Defendants state:

1.   Plaintiffs consent to the extension of time requested in this motion.

2.   A number of class action lawsuits involving subject matter similar to this lawsuit (together with this action, the "Related Class Actions") are pending in courts around the country.  The Related Class Actions concern the installation of fiber-optic cable and related telecommunications equipment within railroad rights of way across the country.

3.   With the assistance of the mediator Professor Eric D. Green, counsel for the various parties in the Related Class Actions (the "Parties") have reached agreement on the substantive terms of a settlement of the claims in the Related Class Actions, subject to: (a) finalizing settlement documentation, (b) obtaining final corporate approvals, and (c) implementing the procedural steps necessary to present proposed class action settlements to the multiple courts involved.

4.   The Parties have made significant progress in finalizing and implementing class action settlement agreements in a number of the Related Class Actions pending around the country.  For example, among other things, the Parties have made the following progress:

    a.  The Parties have obtained *final* court approval of class action settlements in five states:  Alabama, Idaho, Illinois, Montana, and North Dakota.

    b.  The Parties have obtained *preliminary* approval of class action settlements in eight states:  Arkansas, Colorado, Kansas, Michigan, Nebraska, Oklahoma, West Virginia, and Wyoming.

    c.  The Parties have submitted proposed class action settlements and are

McDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

McDONALD·CARANO·WILSON℠
100 WEST LIBERTY STREET, 10ᵀᴴ FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

1  awaiting preliminary approval in *thirteen* other states, in addition to the

2  states mentioned above: Delaware, Florida, Georgia, Iowa, Maine,

3  Maryland, Minnesota, Missouri, New Jersey, New York, North Carolina,

4  Utah, and Virginia.

5      5.    Defendants' responses to the Complaint are currently due on or about May

6  4, 2012.  The Parties continue to work on settlement issues, but require more time

7  before they would be ready to submit a proposed Nevada settlement for this Court's

8  consideration.

9      6.    Defendants request a 90 day extension of time within which to respond to

10  the Complaint, *i.e.*, an extension to and including August 2, 2012.

11      7.    No previous extensions of this deadline have been granted.  No scheduling

12  order has been entered in this action.  The requested extension will not affect any other

13  deadlines applicable in this case.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

3

1    Wherefore, Defendants respectfully request entry of an order extending

2    Defendants' deadline to respond to the Complaint by 90 days, i.e., to and including

3    August 2, 2012.

4        Dated this _1st_ day of May, 2012.

5                                    MCDONALD CARANO WILSON LLP

6

7                                    By: /s/ Matthew C. Addison
                                     Matthew C. Addison, NV Bar No. 4201
8                                    100 West Liberty Street, 10th Floor
                                     Reno, NV 89501
9                                    Telephone:   (775) 788-2000
                                     Facsimile:   (775) 788-2020
10                                   E-mail: maddison@mcdonaldcarano.com
                                     (Local Counsel)
11                                   Attorneys for Defendants
                                     *Qwest Communications Company, LLC,*
12                                   *Level 3 Communications, LLC,*
                                     *Sprint Communications Company, L.P.*
13                                   *And Wiltel Communications, LLC*

14

15

16                                   IT IS SO ORDERED.

17                                   *[signature: George Foley Jr.]*

18                                   GEORGE FOLEY, JR.
                                     United States Magistrate Judge
19                                   DATED:        May 2, 2012

20

21

22

23

24

25

26

27

28

MCDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

4

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson <sup>LLP</sup> and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below.

Steven E. Guinn
Sara K. Almo
LAXALT & NOMURA, LTD
9600 Gateway Drive
Reno, NV 89521-8953

Mario P. Lovato
LOVATO LAW FIRM, P.C.
8670 W. Cheyenne Ave., Ste. 120
Las Vegas, NV 89129

Dan Millea
ZELLE, HOFFMAN, VOELBEL,
& MASON, LLP
500 Washington Ave. South, Ste. 4000
Minneapolis, MN 66415

William T. Gotfryd
Arthur T. Susman
SUSMAN HEFFNER & HURST LLP
Two First National Plaza
Chicago, IL 60603

Charles R. Watkins
John R. Wylie
DONALDSON & GUINN
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606

DATED this 1st day of May, 2012.

\s\ Nancy A. Hoy
Nancy A. Hoy

335832.1