1   Christopher J. Koenigs, Esq.
    Michael B. Carroll, Esq.
2   SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
3   Denver, Colorado 80202
    Telephone:  (303) 297-2900
4   Facsimile:  (303) 298-0940
    E-mail:  ckoenigs@shermanhoward.com
5            mcarroll@shermanhoward.com
    Attorneys for Defendant
6   *Qwest Communication Company, LLC*
    (Lead Counsel)
7
    Matthew C. Addison, Esq., NSBN 4201
8   MCDONALD CARANO WILSON LLP
    100 W. Liberty Street, Tenth Floor
9   Reno, NV  89501
    Telephone:  (775) 788-2000
10  Facsimile:  (775) 788-2020
    E-mail:  maddison@mcdonaldcarano.com
11  Attorneys for Defendants
    *Qwest Communications Company, LLC,*
12  *Level 3 Communications, LLC,*
    *Sprint Communications Company, L.P.*
13  *and WilTel Communications, LLC*
    (Local Counsel)
14

Joseph E. Jones, Esq.
FRASER STRYKER PC LLO
409 South 17th Street
500 Energy Plaza
Omaha, Nebraska  68102
Telephone:  (402) 341-6000
Facsimile:  (402) 341-8290
E-mail:  jjones@fslf.com
Attorneys for Defendant
*Level 3 Communications, LLC and*
*WilTel Communications, LLC*
(Lead Counsel)

J. Emmett Logan, Esq.
STINSON MORRISON HECKER
LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
E-mail:  ELogan@stinson.com
Attorneys for Defendant
*Sprint Communications Company*
*L.P.*

McDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

15              UNITED STATES DISTRICT COURT

16                   DISTRICT OF NEVADA

17  ELIZABETH WEAR and JOHN           Case No:  2:11-cv-00809-KJD-GWF
    BUTCHER, and CARMEN WORSTELL,
18  on behalf of themselves and all others
    similarly situated,
19

20                  Plaintiffs,

21  vs.

22  SPRINT COMMUNICATIONS
    COMPANY, L.P., QWEST
23  COMMUNICATIONS COMPANY, LLC;
    LEVEL 3 COMMUNICATIONS, LLC; and
24  WILTEL COMMUNICATIONS, LLC,

25                  Defendants.

26

27  **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO**
                  **RESPOND TO THE COMPLAINT**
28

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendants Sprint Communications Company L.P., Qwest Communications Company, L.L.C., Level 3 Communications, L.L.C., and WilTel Communications, L.L.C. (collectively "Defendants") hereby move the Court for an extension of time to respond to plaintiffs' Amended Class Action Complaint (the "Complaint") to and including August 2, 2012.  In support of this motion, Defendants state:

1.   Plaintiffs consent to the extension of time requested in this motion.

2.   A number of class action lawsuits involving subject matter similar to this lawsuit (together with this action, the "Related Class Actions") are pending in courts around the country.  The Related Class Actions concern the installation of fiber-optic cable and related telecommunications equipment within railroad rights of way across the country.

3.   With the assistance of the mediator Professor Eric D. Green, counsel for the various parties in the Related Class Actions (the "Parties") have reached agreement on the substantive terms of a settlement of the claims in the Related Class Actions, subject to: (a) finalizing settlement documentation, (b) obtaining final corporate approvals, and (c) implementing the procedural steps necessary to present proposed class action settlements to the multiple courts involved.

4.   The Parties have made significant progress in finalizing and implementing class action settlement agreements in a number of the Related Class Actions pending around the country.  For example, among other things, the Parties have made the following progress:

a.  The Parties have obtained *final* court approval of class action settlements in five states:  Alabama, Idaho, Illinois, Montana, and North Dakota.

b.  The Parties have obtained *preliminary* approval of class action settlements in eight states:  Arkansas, Colorado, Kansas, Michigan, Nebraska, Oklahoma, West Virginia, and Wyoming.

c.  The Parties have submitted proposed class action settlements and are

awaiting preliminary approval in *thirteen* other states, in addition to the states mentioned above: Delaware, Florida, Georgia, Iowa, Maine, Maryland, Minnesota, Missouri, New Jersey, New York, North Carolina, Utah, and Virginia.

5.    Defendants' responses to the Complaint are currently due on or about May 4, 2012.  The Parties continue to work on settlement issues, but require more time before they would be ready to submit a proposed Nevada settlement for this Court's consideration.

6.    Defendants request a 90 day extension of time within which to respond to the Complaint, *i.e.*, an extension to and including August 2, 2012.

7.    No previous extensions of this deadline have been granted.  No scheduling order has been entered in this action.  The requested extension will not affect any other deadlines applicable in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

1    Wherefore, Defendants respectfully request entry of an order extending

2    Defendants' deadline to respond to the Complaint by 90 days, i.e., to and including

3    August 2, 2012.

4         Dated this  1st  day of May, 2012.

5                                    MCDONALD CARANO WILSON LLP

6

7                                    By:  /s/ Matthew C. Addison
                                     Matthew C. Addison, NV Bar No. 4201
8                                    100 West Liberty Street, 10th Floor
                                     Reno, NV 89501
9                                    Telephone:  (775) 788-2000
                                     Facsimile:    (775) 788-2020
10                                   E-mail:  maddison@mcdonaldcarano.com
                                     (Local Counsel)
11                                   Attorneys for Defendants
                                     *Qwest Communications Company, LLC,*
12                                   *Level 3 Communications, LLC,*
                                     *Sprint Communications Company, L.P.*
13                                   *And Wiltel Communications, LLC*

14

15

16                                   IT IS SO ORDERED.

17                                   *George Foley Jr.*

18                                   GEORGE FOLEY, JR.
                                     United States Magistrate Judge
19                                   DATED:        May 2, 2012

20

21

22

23

24

25

26

27

28

MCDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

4

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below.

| | |
|---|---|
| Steven E. Guinn<br>Sara K. Almo<br>LAXALT & NOMURA, LTD<br>9600 Gateway Drive<br>Reno, NV  89521-8953 | Mario P. Lovato<br>LOVATO LAW FIRM, P.C.<br>8670 W. Cheyenne Ave., Ste. 120<br>Las Vegas, NV  89129 |
| Dan Millea<br>ZELLE, HOFFMAN, VOELBEL,<br>& MASON, LLP<br>500 Washington Ave. South, Ste. 4000<br>Minneapolis, MN  66415 | William T. Gotfryd<br>Arthur T. Susman<br>SUSMAN HEFFNER & HURST LLP<br>Two First National Plaza<br>Chicago, IL  60603 |
| Charles R. Watkins<br>John R. Wylie<br>DONALDSON & GUINN<br>300 South Wacker Drive, Suite 1700<br>Chicago, Illinois  60606 | |

DATED this 1st day of May, 2012.

\s\ Nancy A. Hoy
Nancy A. Hoy

335832.1