# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELIZABETH WEAR, JOHN BUTCHER, and CARMEN WORSTELL, on behalf of themselves and all others similarly-situated,

Plaintiffs,

v.

SPRINT COMMUNICATIONS COMPANY L.P.; QWEST COMMUNICATIONS COMPANY, LLC; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC,

Defendants.

CASE NO. 2:11-cv-809-KJD-GWF



## ORDER ALLOWING NON-COMPLIANT EXCLUSION REQUEST AND CONFIRMING ALL EXCLUSIONS

Upon consideration of Plaintiffs' Unopposed Motion to Allow Non-Compliant Exclusion Request and for good cause shown, it is hereby ORDERED that the following exclusion is allowed and that each person listed below and all other persons who own or have owned a listed parcel of property are excluded from the Settlement Class:

| Property Owner | Exclusion Requested By | Tax Parcel ID | County |
|---|---|---|---|
| Anis Ahmad | Anis Ahmad | 006-101-01 | Pershing |

It is further ORDERED that no further non-compliant exclusion requests will be allowed, in the absence of a showing that the failure to comply with applicable exclusion-request requirements is beyond the control of the person seeking exclusion and that no other person is prejudiced by the non-compliance.

1. It is further ORDERED that the persons listed in Exhibit B ("Nevada Exclusion Requests," attached hereto) to Plaintiffs' Unopposed Motion to Allow Non-Compliant Exclusion Request and all other persons who own or have owned a listed parcel of property are excluded from the Class.

Date: June 18, 2013

_____
Honorable Kent J. Dawson
United States District Judge