AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Elizabeth Wear, et al.,

        Plaintiffs,

V.

Sprint Communications Company L.P., et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
**ATTORNEYS' FEES**

Case Number: 2:11-cv-00809-KJD-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Attorneys' Fees and Costs are awarded to Plaintiffs Elizabeth Wear, John Butcher, and Carmen Worstell's Settlement Class Counsel and against Settling Defendants Sprint Communications Company L.P., Qwest Communications Corporation, Level 3 Communications, LLC, and Wiltel Communications, LLC, in the amount of $671,000.

June 18, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk