UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH WEAR, JOHN BUTCHER, and CARMER WORSTELL, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:11-cv-809-KJD-GWF<br><br>Hon. Kent J. Dawson |

### ORDER AUTHORIZING DISBURSEMENT OF THE SUSMAN GROUP'S ESCROW FUNDS

Upon consideration of the Motion of the Susman Group Pursuant to Order of Court dated September 10, 2013, it is hereby

ORDERED that the Garretson Resolution Group, Inc. shall disburse 4.446 percent of the Nevada fee-and-expense award from the Nevada Fiber Optic Counsel Qualified Settlement Fund to the Susman Group.

Dated: _____March 25_____, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　United States District Judge